FILED
APR -5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 1:06CR91-WHA |
| ) | [18 USC 2252(a)(2); |
| v. ) | 18 USC 2252A(a)(5)(A)] |
| ) | |
| DEXTER LAMOND SMITH ) | **INDICTMENT** |

The Grand Jury Charges:

## COUNT 1

On or about May 16, 2005, in Dale County, Alabama, within the Middle District of Alabama,

DEXTER LAMOND SMITH,

defendant herein, did knowingly receive any visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, the producing of such having involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, that is, the defendant received images from the "Heather" series which contained child pornography of a known minor child six years of age, engaged in sexually explicit conduct; the "IM" series, which contained child pornography of a known minor child nine years of age, engaged in sexually explicit conduct; the "Jan_Feb" series, which contained child pornography of a known minor child eight years of age, engaged in sexually explicit conduct; and the "Felisha" series, which contained child pornography of a known minor child ten years of age, engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2

On or about May 16, 2005, in the Middle District of Alabama and at Fort Rucker, Alabama,

a place within the special maritime and territorial jurisdiction of the United States, the defendant,

DEXTER LAMOND SMITH,

in a building used by and under the control of the United States Government, did knowingly possess books, magazines, periodicals, film, videotapes, computer disks, and other material containing images of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(A).

A TRUE BILL:

*Jaynne D. Gilbert*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*K. David Cooke*
K. David Cooke, Jr.
Assistant United States Attorney