AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE ___ District of ___ ALABAMA

UNITED STATES OF AMERICA

V.

Dexter Lamond Smith
386 East Saunders
Dothan, AL

**WARRANT FOR ARREST**

Case Number:    1:06CR91-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ DEXTER LAMOND SMITH
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   Supervised Release Violation Petition   Violation Notice

charging him or her with   (brief description of offense)

Activities relating to material constituting or containing child pornography (2 Counts)

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 2252(a)(2);   2252(a)(5)(A)

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK

April 6, 2006
DATE

CLERK OF COURT
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ ___ to be set at initial appearance ___ BY   U.S. MAGISTRATE JUDGE
                                                                                                       Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |