**COURTROOM DEPUTY MINUTES**          DATE: **June 6, 2006**          Page 1 of 1
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: **3:23 - 3:28**

√     **INITIAL APPEARANCE**
☐     **DETENTION HEARING**
☐     **REMOVAL HEARING (R.40)**
☐     **ARRAIGNMENT**
☐     **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐     **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>          DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>1:06CR91-WHA-CSC</u>          DEFT. NAME: <u>DEXTER LAMOND SMITH</u>

USA: <u>KARL DAVID COOKE, JR</u>          ATTY: <u>LESLIE SMITH</u>

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO ;

USPTSO/USPO: <u>RON THWEATT</u>
Defendant ____ does √ does NOT need an interpreter; NAME: _____

√ Kars.    Date of Arrest ___6/6/06___ or   ☐ karsr40

√ kia.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator

√ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.

√ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**

☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher

☐     Deft. Advises he will retain counsel. Has retained _____

☐     Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;

√     Government's **WRITTEN** Motion for Detention Hrg. filed.

☐     **DETENTION HRG** ☐ held; √ Set for **6/9/06 @ 9:00 a.m.** ; ☐ **Prelim. Hrg** ☐ Set for_____

√ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered

☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.

☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
      ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered

☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody

☐ ko.   Deft. **ORDERED REMOVED** to originating district

☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)

☐     Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.

☐ Karr.   **ARRAIGNMENT SET FOR:**_____ ☐ **HELD**. Plea of **NOT GUILTY** entered.
      ☐ **Trial Term** _____ ; ☐ **PRETRIAL CONFERENCE DATE:** _____
      ☐ **DISCOVERY DISCLOSURES DATE:** _____

☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel

☐ krmvhrg.   Identity/Removal Hearing set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings

☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**