## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 6/9/06 | AT | 9:00 a.m. to 9:13 a.m. |
| **DATE COMPLETED:** 6/9/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA   *
                           *
VS.                        *   CASE NO.: 1:06CR91-WHA
                           *
DEXTER LAMOND SMITH        *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. K. David Cooke | * | Atty. Jennifer Hart |
| Mr. Ron Thweatt, USPTS/UPSO | | |

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **DETENTION HEARING**

# SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| **Description** | Detention Hrg. - 06cr91-WHA | |
| **Date** | 6 / 9 /2006 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9 :00:36 AM | Court | Court convenes; parties present as noted; |
| 9 :00:41 AM | Atty. Cooke | Calls Ron thweatt, U.S. Probation; witness is sworn and seated; Recommemds deft be detained, unable to find suitable place for deft to live; |
| 9 :02:20 AM | Atty. Hart | Cross examination; Discussion regarding deft's past criminal history of child pornography;  Discussions as to children in the home; |
| 9 :04:47 AM | Court | Witness is excused |
| 9 :04:53 AM | Atty. Hart | Addresses the court that the gov't hasn't presented any evidence that the deft is flight risk or danger to the community; |
| 9 :04:56 AM | Court | Response - they don't have to, this is a presumption case; |
| 9 :04:59 AM | Atty. Hart | There is no evidence that the deft would flee or be a threat to the community; Deft has no prior conviction of child pornography; |
| 9 :05:18 AM | Court | Discussions that the court is not going to put him back in a home with 9 children; |
| 9 :05:45 AM | Atty. Hart | Response; |
| 9 :05:49 AM | Court | Discussions as to the charges under  2252A; |
| 9 :06:04 AM | Atty. Hart | Is aware that  solicitation of minor is a crime of violence; |
| 9 :06:11 AM | Court | Discussion as to the statutes; |
| 9 :07:04 AM | Atty. Hart | Have just been provide the discovery , don't know yet if a child has been victimized; |
| 9 :07:14 AM | Court | Discussions as to the description in the indictment; |
| 9 :07:17 AM | Atty. Hart | The indictment is not evidence; |
| 9 :07:17 AM | Court | For the purpose of this proceeding, the court relies on it; |
| 9 :07:27 AM | Atty. Hart | Objects to the notion that even in a case where a person has looked at child pornography suggest that he's going to abuse his own children; |
| 9 :07:41 AM | Court | Response  - refers to charges in the indictment; |
| 9 :08:16 AM | Atty. Hart | Response as to count 1 of the indictment; After reviewing the discovery, we may file a motion to reopen this issue; |
| 9 :09:36 AM | Court | That will be fine; |
| 9 :10:07 AM | Atty. Hart | We may make endeavors to find some type of half-way house; |
| 9 :10:09 AM | Court | Court order that the deft be detained; |
| 9 :10:23 AM | Court | Proceeding with arraignment proceedings;  Deft is placed under oath;  Deft waives reading of the indict; Enters a Not Guilty plea to the charges in the Indictment; Discovery has been provided? |
| 9 :11:40 AM | Atty. Hart | Written discovery has been provided, but we request  images of the hard drive of this computer to determine where images originated from; |

| 9:11:54 AM | Atty. Cooke | Will make arrangements for them to view image of the hard drive; |
| 9:12:00 AM | Court | How long will that take? |
| 9:12:00 AM | Atty. Cooke | Not sure; |
| 9:12:11 AM | Court | Let's get that done; case is assigned to Judge Albritton, his next term is 10/24/06, which outside the term; |
| 9:12:36 AM | Atty Hart | Discuss waiver of speedy trial with deft; Deft wishes not to waive speedy trial; |
| 9:13:21 AM | Court | Will advise Judge Albritton. The case will be set for trial on the next available term; How long will it take to try this case? |
| 9:13:44 AM | Atty. Cooke | 2 days; |
| 9:13:49 AM | Court | Court is recessed. |