IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 1:06CR91-WHA |
| DEXTER LAMOND SMITH | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                         **DEFENDANT**

1.   Mr. Ron Thweatt, USPO                       1.   N/A