IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

## **ORDER**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on June 9, 2006. For the following facts and reasons, the court concludes that the defendant should be detained pending trial in this case.

Based on the indictment returned against the defendant, the court finds there is probable cause to believe that the defendant has committed an offense under 18 U.S.C. § 2252(a)(2). Pursuant to 18 U.S.C. § 3142(e) a rebuttable presumption thus arises that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. At the hearing the defendant offered no evidence to rebut the presumption. Therefore, the defendant must be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections

facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 9th day of June, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

.