| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE : JULY 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:05 p.m. to 1:06 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY        **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR91-WHA-CSC        **DEFENDANT NAME:** DEXTER L. SMITH

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL D. COOKE, JR. | ATTY. JENNIFER HART |

√    **DISCOVERY STATUS:** Completed.

√    **PENDING MOTION STATUS:** None.

√    **PLEA STATUS:** Possible Plea.

√    **TRIAL STATUS:** Will take 2 days, if case goes to trial.

☐    **REMARKS:**