IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Dexter Lamond Smith, by and through undersigned counsel, and respectfully moves this Court to continue the trial of this action from the present trial date of August 7, 2006, until September 18, 2006 to allow for the defendant to forensically analyze the computer in this matter. Said Continuance is in the interests of justice. In support of this Motion, defendant would show:

1. Undersigned counsel, this Honorable Court and Counsel for the Government met in pre-trial conference on July 24, 2006.

2. At the time of the above-stated conference the parties discussed with this Honorable Court the fact that the Defendant's counsel had not yet had the opportunity to forensically analyze the computer seized in this matter. Said computer is expected to be the cornerstone of the Government's case against this Defendant.

3. The present trial setting does not allow sufficient time for such a forensic analysis. Without such analysis, undersigned counsel will be unable to present a constitutionally adequate defense.

4. Assistant United States Attorney, David B. Cooke, does not oppose a continuance of this matter.

     5.     This Honorable Court indicated at the pre-trial conference of July 24, 2006 that a trial date of September 18, 2006 to commence with jury selection on that date. The trial of this matter is expected by the Government and undersigned counsel to require three (3) days.

     6.     Neither the government nor Mr. Smith will be prejudiced by a continuance of this matter.

     7.     The Defendant executed a Waiver of Right to Speedy Trial on July 27, 2006 which is attached.

     WHEREFORE, Defendant prays that this Unopposed Motion to Continue Trial be granted.

Dated this 28th day of July 2006.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 1:06cr91-WHA** |
| ) | |
| **DEXTER LAMOND SMITH** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David Cooke, Esquire
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104

    Respectfully submitted,


    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M