IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) | |

**ORDER**

This case is before the court on the Defendant's Motion for Continuance. The United States has no objection to the motion.

For the reason that the Defendant is in need of substantial additional time to make a complete investigation and to adequately prepare a defense, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from the term of court commencing August 7, 2006, and is RESET for the term of court commencing September 18, 2006.

The Magistrate Judge is requested to enter a new order establishing deadlines consistent with the new trial date and to hold an additional pretrial hearing at an appropriate time.

DONE this 1st day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE