| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: AUGUST 16, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:06 p.m. to 1:07 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR91-WHA-CSC     **DEFENDANT NAME:** DEXTER LAMOND SMITH

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL DAVID COOKE, JR. | ATTY. JENNIFER HART |

√   **DISCOVERY STATUS:** Complete.

_____
_____

√   **PENDING MOTION STATUS:** None.

_____

☐   **PLEA STATUS:**

_____
_____

√   **TRIAL STATUS:** Case will go trial. Case will take a 1 to 2 days for trial.

_____

☐   **REMARKS:**

_____