IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.:1:06CR91-WHA |
| ) | |
| **DEXTER LAMOND SMITH** ) | |

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF ALABAMA** ) | |
| ) | |
| **COUNTY OF MONTGOMERY** ) | |

I, JIMMIE C. FISHER, state the following:

1. I am employed as a Computer Systems Administrator for the Federal Defender Program, Inc., in the Middle District of Alabama.

2. That after reviewing the discovery provided by the Government, it is evident that SFC Daniel Joseph Bateman, performed an analysis of the hard drive at issue in this case without first creating a forensic copy of the drive. As such, this examination on the original drive, using a shareware program, Recovery for All, makes it difficult to obtain a valid analysis of the hard drive history.

3. The attempt by SFC Daniel Joseph Bateman is apparent when file dates for "Last Accessed", "File Created", "Last Written" and "File Deleted" are compared with the Access Database reports provided by Mr. Erwin Richer, the Government's expert witness. Mr. Risher performed the forensic exam after SFC Daniel Joseph Bateman's attempt to "look" at files in the deleted cache of the computer in question.

4. Due to SFC Daniel Joseph Bateman's examination of the drive, it is impossible to state with certainty the accuracy of the forensic analysis performed subsequent to Mr. Bateman's search of the computer by Mr. Richer.

Further affiant sayeth not.

This 11th day of September, 2006.

*Jimmie C. Fisher*
Jimmie C. Fisher

The foregoing was sworn to and subscribed before me this 11th day of September 2006, by a person known to me to be Jimmie C. Fisher.

*[signature]*
NOTARY PUBLIC
My Commission expires: June 21, 2009