IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**DEFENDANT'S MOTION IN LIMINE
TO PROHIBIT INTRODUCTION OF EXPERT TESTIMONY
FROM DANIEL BATEMAN**

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and moves *in limine* for an Order prohibiting the Government from offering at trial any expert testimony of SFC Daniel Joseph Bateman.

On April 5, 2006, Dexter Smith was charged in a 2 count Indictment with offenses involving the receipt/possession of child pornography. Count I charges that Mr. Smith knowingly received images of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Count 2 charges that Mr. Smith possessed child pornography on a government computer, in violation of 18 U.S.C. § 2252A(a)(5)(A).

The images at issue in this case were seized from a government computer located in the Aviation Life Support Equipment (ALSE) Shop where Dexter Smith was employed. After receiving information that a government computer contained a suspected virus, the computer used by Mr. Smith and others was examined by SFC Bateman. Bateman discovered suspicious activity on the computer and reported it to his supervisors.

Bateman then conducted an extensive examination of the computer in question. Using recovery software, he undeleted files from the computer's cache, sorted the temporary internet files,

1

opened and examined them. The Defense, however, has been provided with no information concerning the expert qualifications of SFC Bateman. In fact, the forensic analysis of the computer was conducted <u>after</u> Bateman's search of the computer. Because Bateman is not an expert on computer forensics analysis, he should not be permitted to testify as an expert witness.

**WHEREFORE** for the foregoing reasons, Dexter Smith requests that this Court issue an Order prohibiting the Government from presenting expert testimony from Daniel Bateman.

Dated this 11th day of September 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

 I hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

       Respectfully submitted,

       s/Jennifer A. Hart
       **JENNIFER A. HART**
       FEDERAL DEFENDERS
       MIDDLE DISTRICT OF ALABAMA
       201 Monroe Street, Suite 407
       Montgomery, AL 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       jennifer_hart@fd.org
       AL Bar Code: HAR189