IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| **DEXTER LAMOND SMITH** | ) | |

**DEFENDANT'S MOTION IN LIMINE
TO PROHIBIT INTRODUCTION OF EVIDENCE OR TESTIMONY
REGARDING THE EXISTENCE OF ADULT PORNOGRAPHY ON THE COMPUTER
USED BY DEXTER SMITH**

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and moves *in limine* and pursuant to Fed. R. Evid. 401, 402, and 403 for an order prohibiting the United States from introducing irrelevant, immaterial and highly prejudicial evidence or testimony regarding adult pornographic images recovered from a government computer used by Dexter Smith, and others, at the trial of this matter.

On April 5, 2006, Dexter Smith was charged in a 2 count Indictment with offenses involving the receipt/possession of child pornography. Count I charges that Mr. Smith knowingly received images of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Count 2 charges that Mr. Smith possessed child pornography on a government computer, in violation of 18 U.S.C. § 2252A(a)(5)(A).

A search of the computer hard drive at issue revealed that the computer contained images of adult, as well as, child pornography. As both Counts of the Indictment in this case deal with either the possession or receipt of child pornography, the existence of adult pornography on the computer is irrelevant to the issues before the jury. Additionally, such evidence is highly prejudicial and such prejudice outweighs any potential probative value of the images.

1

**WHEREFORE,** for the foregoing reasons, Dexter Smith requests that this Court issue an Order prohibiting the Government from presenting any evidence or testimony regarding the existence of adult pornography on the government computer at issue in this case.

Dated this 11th day of September 2006.

                                          Respectfully submitted,

                                          s/Jennifer A. Hart
                                          **JENNIFER A. HART**
                                          FEDERAL DEFENDERS
                                          MIDDLE DISTRICT OF ALABAMA
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          jennifer_hart@fd.org
                                          AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

          Respectfully submitted,

          s/Jennifer A. Hart
          **JENNIFER A. HART**
          FEDERAL DEFENDERS
          MIDDLE DISTRICT OF ALABAMA
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          jennifer_hart@fd.org
          AL Bar Code: HAR189