IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**DEFENDANT'S MOTION IN LIMINE
TO PROHIBIT INTRODUCTION OF IMAGES
OF SUSPECTED CHILD PORNOGRAPHY**

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and moves *in limine*, and pursuant to Federal Rules of Evidence 901, 1001 and 1002, for an Order prohibiting the Government from offering at trial any photograph purporting to be an image of child pornography which has not be authenticated or proven to be that which it purports to be.

On April 5, 2006, Dexter Smith was charged in a 2 count Indictment with offenses involving the receipt/possession of child pornography. Count I charges that Mr. Smith knowingly received images of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Count 2 charges that Mr. Smith possessed child pornography on a government computer, in violation of 18 U.S.C. § 2252A(a)(5)(A).

An examination of the computer in question revealed several images of suspected child pornography. Those images were sent to the National Center for Missing and Exploited Children (NCMEC) to be compared with known images of child pornography. NCMEC was able to identify approximately 10 of the photographs as being images of known victims. NCMEC, however, does not attest to either the identity or the age of the person(s) depicted in the photograph. For

verification, prosecutors are instructed to contact law enforcement officers with personal knowledge of the cases involved. The Government did provide in discovery documents concerning its efforts to verify the age/identity of the persons depicted in the photographs. Not all of photographs, however, were acknowledged to be images of children.

Because the Government cannot authenticate the other photographs as depicting children, there are inadmissible at trial. Therefore, Dexter Smith requests that the Government be permitted to introduce at trial only those images for which they have provided confirmation regarding their content and age of the persons depicted. Any other photos have no evidentiary value and would simply inflame the jury and prejudice Mr. Smith.

**WHEREFORE** for the foregoing reasons, Dexter Smith requests that this Court issue an Order prohibiting the Government from introducing at trial any image purporting to be child pornography which it has not verified, through law enforcement, actually depicts a known child.

Dated this 11th day of September 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189