IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**DEFENDANT'S MOTION TO COMPEL
PRODUCTION OF FBI REPORT CONCERNING
INTERVIEWS OF DEXTER SMITH AND HIS FAMILY**

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and pursuant to Federal Rule of Criminal Procedure 16, *Brady* and this Court's Standing Order on Criminal Discovery, moves this Honorable Court to Order the Government to produce an FBI Report dated August 10, 2005 which pertaining to the interviews of Ms. Setera Pittman, Ms. Shakia Pittman, Ms. Smith, Mr. Smith, Ms. Ebony Pittman and Ms. McCollough. As grounds for granting this Motion, Defendant would show:

1.    On April5, 2006, Dexter Smith was charged in a 2 count Indictment with offenses involving the receipt/possession of child pornography. Count I charges that Mr. Smith knowingly received images of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Count 2 charges that Mr. Smith possessed child pornography on a government computer, in violation of 18 U.S.C. § 2252A(a)(5)(A).

2.    The case was investigated jointly by the Criminal Investigative Division and Ft. Rucker, Alabama and the Federal Bureau of Investigation, Dothan Division.

3.    During trial preparation, the Defendant learned that the FBI had prepared a report

pertaining to its interviews of Dexter Smith's family.

4. Dexter Smith is the father of nine children and several of his children were interviewed during the course of this case.

5. Upon information and belief, the FBI received information which showed that none of Mr. Smith's children were in any way abused by Dexter Smith or involved in the charged offenses in any way whatsoever.

6. This evidence is exculpatory and is due to be produced by the Government.

7. Discovery provided by the Government reveals that this Report is retained in the FBI file in Dothan, Alabama.

8. Defense counsel has requested this document from the Government on 2 occasions. On the first occasion, the Government indicated that it did not believes such evidence would be admissible but that it would try to locate the document.

9. Today, the Government has informed the Defense that the document cannot be located.

10. Pursuant to this Court's Standing Order and *Brady*, the Government bears the responsibility of producing all potentially exculpatory evidence within the possession of the law enforcement agencies involved in the investigation of the case.

**WHEREFORE**, Dexter Smith respectfully requests that this Court issue an Order compelling the Government to produce the FBI Investigation Report dated August 10, 2005 as soon as possible or to explain such a vital report no longer exists or can be located.

Dated this 11th day of September 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

        Respectfully submitted,


        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189