IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH ) | |

**ORDER**

Upon consideration of Defendant's Motion in Limine to Prohibit Introduction of Evidence Obtained from Computer Analysis (Doc. #22) and Motion in Limine to Prohibit Introduction of Expert Testimony from Daniel Bateman (Doc. #23), and the court having been advised by defense counsel that additional motions in limine would be filed today, it is hereby ORDERED as follows:

1. The United States file its response to these motions in limine, and to any others filed on this day, **by noon on Wednesday, September 13, 2006**.

2. This case is set for oral argument on all motions in limine, and on any other matters that may properly come before the court, on Thursday, September 14, 2006, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 11th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE