IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**ORDER**

Upon consideration of the motion to compel production of FBI report concerning interviews of Dexter Smith and his family (doc. # 26) filed by the defendant, it is

ORDERED that oral argument be and is hereby set on September 14, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 12th day of September, 2006.

_____/s/Charles S. Coody_____

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE