IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) |

## **ORDER**

The hearing in this case previously scheduled for Thursday, September 14, 2006, is RESCHEDULED for Friday, September 15, 2006, at 10:00 a.m.

DONE this 13th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE