

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**OFFICE OF THE CLERK**
**POST OFFICE BOX 711**
**MONTGOMERY, ALABAMA 36101-0711**

**DEBRA P. HACKETT, CLERK**                                     **TELEPHONE (334) 954-3600**
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: <u>United States of America vs. Dexter Smith</u>**

**Case Number: 1-06CR91-WHA-CSC**

**Date: September 13, 2006**

**This Notice of Correction is  filed in the above-referenced case this date to correct the docket text as to (Doc. #35)  filed on September 13, 2006, changing the hearing date concerning the Motions in Limine previously set for 9/14/06 to 9/15/06 at 10:00 a.m. before Judge Albritton.  Signed by W. Harold Albritton.**

**The motion hearing set for 9/14/06 at 9:00 a.m. before Judge Coody re  MOTION to Compel Production of FBI Report Concerning Interviews of Dexter Smith and his Family remains in effect.**