IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**MOTION TO CONTINUE TRIAL AND MOTION HEARINGS**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Trial for the above referenced defendant is presently scheduled for September 18, 2006, before the Honorable W. Harold Albritton. Motion hearings related to the trial are scheduled for September 15, 2006.

2. The United States moves to continue the trial of the above-referenced defendant until on or after October 24, 2006. The United States moves to continue the motion hearings to a date on or after September 25, 2006.

3. There are many motions pending that involve complex and novel issues of law. Additionally, the United States has discovered new evidence that may affect the outcome of the trial.

4. The undersigned Assistant United States Attorney has recently suffered a personal loss that interferes with his ability to prepare for the trial and the motion hearings.

5. Defense counsel for Defendant Smith has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the trial of this case.

Respectfully submitted this the 13th day of September, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/K. David Cooke, Jr.
> K. DAVID COOKE, JR.
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: david.cooke@usdoj.gov

-2-

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq.

                Respectfully submitted,

                /s/K. David Cooke, Jr.
                K. DAVID COOKE, JR.
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: david.cooke@usdoj.gov