IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 1:06cr91-WHA |
| ) | |
| DEXTER LAMOND SMITH ) | |

**MOTION TO CANCEL MOTION HEARING
REGARDING DEFENDANT'S MOTION TO COMPEL**

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to cancel the Motion Hearing presently scheduled for September 15, 2006. As ground for granting this Motion, Defendant would show the following:

1. On September 11, 2006, Dexter Smith filed a *Motion to Compel Production of FBI Report Concerning Interviews of Dexter Smith and His Family.*

2. On September 12, 2006, the Government provided the Defense with the requested Report.

**WHEREFORE**, based upon the foregoing, a hearing on the *Motion to Compel* is no longer necessary and the Defendant prays that this *Motion to Cancel the Hearing* be granted.

Dated this 13th day of September 2006.

                                            Respectfully submitted,

                                            s/Jennifer A. Hart
                                            **JENNIFER A. HART**
                                            FEDERAL DEFENDERS
                                            MIDDLE DISTRICT OF ALABAMA

201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189