IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**ORDER**

Now pending before the court is the defendant's motion to compel production of a FBI report concerning interviews of the defendant and his family. *See* Doc. # 26. This matter is presently set for a hearing and oral argument on September 14, 2006, at 9:00 a.m. On September 13, 2006, the defendant filed a motion to cancel the hearing regarding the motion to compel (doc. # 38) because the United States has provided the requested report. Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED that the motion to cancel the hearing regarding motion to compel (doc. # 38) be and is hereby GRANTED and the hearing presently set for September 14, 2006, at 9:00 a.m. be and is hereby CANCELED. It is further

ORDERED that the motion to compel (doc. # 26) be and is hereby DENIED as moot.

Done this 13th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE