IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA         )

vs.                               )   CR. NO. 1:06cr091-WHA

DEXTER LAMOND SMITH         )

## ORDER

This case is before the court on the Motion to Continue Trial and Motion Hearings (Doc. #37), filed by the United States on September 13, 2006.  Counsel for the United States has advised the court and opposing counsel of a personal loss which makes it impossible to adequately resolve numerous complex legal issues before the trial term commencing September 18, 2006.  Under the circumstances, defense counsel has no objection to the continuance.  The court finds that, for the reason that additional time is needed for counsel to adequately prepare briefs and for the court to hear oral argument and make a reasoned determination of these pretrial issues, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Accordingly, the motion is GRANTED, and it is hereby ORDERED as follows:

1.  The trial of this case is CONTINUED and RESET for the term of court commencing Tuesday, October 24, 2006.

2.  The hearing on Motions in Limine, and such other matters as may come before the court, is CONTINUED and RESET for Tuesday, October 3, 2006, at 9:00 a.m.

3.  The time for the United States to file briefs in response to the Defendant's Motions in Limine is CONTINUED and RESET for September 25, 2006.

4.  The United States is DIRECTED to file a trial brief **on or before September 25, 2006**, discussing the evidence to be presented at the trial of this case and all legal issues which are expected to arise in addition to those discussed in responses to the Motions in Limine.  The Defendant is DIRECTED to file a reply, fully discussing all legal issues which are expected to arise, **on or before September 29, 2006**.

5.  The United States is DIRECTED to promptly furnish to the court in chambers, without a formal filing, copies of any statements of the Defendant which may be used in evidence.

DONE this 13th day of September, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE