IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06CR91-WHA |
| | ) | |
| **DEXTER LAMOND SMITH** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF EXPERT TESTIMONY FROM DANIEL BATEMAN**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully submits the government's *Response to Defendant's Motion in Limine to Prohibit Introduction of Expert Testimony by Daniel Bateman*. In support thereof, the Government offers the following:

The Government has never planned to offer Daniel Bateman as an expert witness, and has advised the defense of same. The Government will probably call Mr. Bateman as a trial witness, but will not call him as an expert.

Based on the forgoing, the Government respectfully requests that the Court deny the defendant's motion as moot.

Respectfully submitted this 25th day of September, 2006.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

_____ /s/ K. David Cooke, Jr.
                                              K. DAVID COOKE, JR.
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              Phone: 334.223.7280
                                              FAX: 334.223.7135
                                              E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06CR91-WHA |
| | ) | |
| **DEXTER LAMOND SMITH** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq., and Michael Peterson, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: david.cooke@usdoj.gov