IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06CR91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF IMAGES OF SUSPECTED CHILD PORNOGRAPHY**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully submits the government's response to *Defendant's Motion in Limine to Prohibit Introduction of Images of Suspected Child Pornography*. In support thereof, the Government offers the following:

**Facts**

After the defendant confessed to intentionally visiting web sites that feature child pornography so that he might view child pornography, a forensic examiner with the United States Army analyzed the hard drive of the subject computer and found numerous images of child pornography. Some of the images depicted known victims who have been identified by the National Center for Missing and Exploited Children (NCMEC). However, some of the photos depict child victims whose identities are still unknown.

**Argument and Citation of Authority**

The defendant has argued that, "[b]ecause the Government cannot authenticate the photographs as depicting children, there [sic] inadmissible at trial." The defendant goes on to request "that the Government be permitted to introduce at trial only those images for which they have provided confirmation regarding their content and age of the persons depicted." The

defendant further argues that "[a]ny other photos have no evidentiary value and would simply inflame the jury and prejudice Mr. Smith."

"[T]he Government has the burden of proving beyond a reasonable doubt that the images at issue in a § 2252 prosecution depict actual minors. However this does not necessarily require expert testimony or identification of the actual child victims. *United States v. Sims*, 428 F.3d 945, 957 (10th Cir. 2005), following *United States v. Kimler*, 335 F.3d 1132 (10th Cir. 2003). "Instead, juries often will be able to distinguish between real and virtual images, and 'where no evidence suggests that the images are anything other than real, the government need offer no supporting evidence beyond the images themselves.'" *Sims, supra*, quoting *United States v. Harms*, 371 F.3d 1208, 1213 (10th Cir. 2004). The best evidence of whether the images are, in fact, child pornography, is the images themselves, and their admission is not unfairly prejudicial. *United States v. Fox*, 248 F.3d 394, 410 (5th Cir. 2001), upholding the admission of images that the defense termed "irrelevant adult pornography."  Because there is no evidence to suggest that the contested images are anything other than real, they are admissible, and whether or not they constitute child pornography is a question for the jury. *See*, *Sims, supra,* and *Fox, supra*. *See also, United States v. Hall,* 312 F.3d 1250 (11th Cir. 2002); *United States v. Vig* 167 F.3d 443 (8th Cir. 1999).

## Conclusion

Because there is no evidence to indicate that any of the subject images depict anything other than a real child, each image of suspected child pornography is admissible for the jury to determine, as fact finder, whether it constitutes child pornography under the statutes charged.

Based on the foregoing, the Government respectfully requests that the Court deny the defendant's motion, and allow the subject images to be introduced at trial.

Respectfully submitted this 25th day of September, 2006.

                                                   LEURA G. CANARY
                                                   UNITED STATES ATTORNEY

                                                   /s/ K. David Cooke, Jr.
                                                 K. DAVID COOKE, JR.
                                                 Assistant United States Attorney
                                                 Post Office Box 197
                                                 Montgomery, Alabama 36101-0197
                                                 Phone: 334.223.7280
                                                 FAX: 334.223.7135
                                                 E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06CR91-WHA |
| | ) | |
| **DEXTER LAMOND SMITH** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq., and Michael Peterson, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: david.cooke@usdoj.gov