IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06CR91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE
TO PROHIBIT INTRODUCTION OF ADULT PORNOGRAPHY
ON THE COMPUTER USED BY DEXTER SMITH**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully submits the governments' response to *Defendant's Motion in Limine to Prohibit Introduction of Adult Pornography on the Computer Used by Dexter Smith*. In support thereof, the Government offers the following:

1. During Daniel Bateman's initial search of the subject computer, he discovered about 3,000 JPEG images.

2. 30-40% of these images were adult pornography.

3. Bateman also discovered a number of images of child pornography.

4. The facts and circumstances of Bateman's search of this computer and the results he obtained form a significant issue for this trial.

5. The defendant made a statement in this case, in which he admitted to intentionally viewing child pornography from the subject computer. Additionally, he admitted to intentionally viewing child pornography from the subject computer by going to "teen" sites that "are child porn links."

6. The existence of pornography, both of children and young adults, goes to corroborate

the statement of the defendant and establishes that he used the subject computer as a tool to view material of an explicit nature.

    7. "That the nature of the crime itself, and therefore the nature of the evidence to prove it, is emotionally charged does not mean that the prosecution must be deprived of its most probative evidence." *United States v. Smith*, 459 F.3d 1276 (11th Cir. 2006), upholding the admission of adult pornography in the prosecution of child pornography charges. Because the existence of adult pornography corroborates the defendant's own statement and tends to show his willingness to use the subject computer to view explicit material at work, the Court should allow the material into evidence.

    Based on the forgoing, the Government respectfully requests that the Court deny the defendant's motion and allow the Government to introduce the results of the forensic examination.

    Respectfully submitted this 25th day of September, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06CR91-WHA |
| | ) | |
| **DEXTER LAMOND SMITH** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq., and Michael Peterson, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/ K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    Phone: 334.223.7280
    FAX: 334.223.7135
    E-mail: david.cooke@usdoj.gov