IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | )   CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) |

## **ORDER**

It is hereby ORDERED that the hearing scheduled in this case for this day is CONTINUED and RESET for Thursday, October 5, 2006, at 2:30 p.m.

DONE this 3rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE