IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

DATE COMMENCED:  October 5, 2006        AT:  2:42 p.m.
DATE COMPLETED:  October 5, 2006        AT:  5:09 p.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 1:06cr091-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| David Cooke | Jennifer Hart |
| | Michael Petersen |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter                                  Elna Behrman, Courtroom Deputy
Daniel Harrell, Law Clerk

COURTROOM PROCEEDINGS

(x)   **MOTIONS HEARING**

Hearing commences.
Court advises parties of procedure for hearing.
Court first takes up Defendant's Motion in Limine to Prohibit Introduction of Evidence
    Obtained from Computer Analysis (Doc. #22).
Defendant presents testimony and argues motion.
Government presents testimony and argues in opposition to the motion.
Court DIRECTS Government to provide to court, under seal, hard copies of pictures it
    anticipates showing to jury, if ethically permitted.
Court orally DENIES as moot the Defendant's Motion in Limine to Prohibit Introduction
    of Expert Testimony from Daniel Bateman (Doc. #23).
After discussion as to Defendant's Motion in Limine to Prohibit Introduction of Evidence (Doc.
    #24), the court orally DENIES the motion as moot, unless door is open during trial, and,
    if so, motion will be taken up outside the presence of the jury.

Defendant argues the Motion in Limine to Prohibit Introduction of Images of Suspected Child Pornography (Doc. #25).
Government offers a solution to problem.
Court orally DENIES the motion subject to later ruling if parties can't reach agreement.
Defendant requests Government to show minimum evidence before taking this case to trial.
Government presents two issues for consideration: (1) deletion issue and (2) images on screen.
Defendant responds.
Court will take matter under consideration.
Court is adjourned.