IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) Case No. 1:06cr091-WHA |
| | ) |
| DEXTER LAMOND SMITH | ) |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| Herman Risher | Jimmie C. Fischer |