## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

### DEFENDANT'S MOTION IN LIMINE
### TO PROHIBIT GOVERNMENT FROM DISPLAYING
### IMAGES IN OTHER THAN THEIR NATIVE FORMAT

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and moves *in limine*, for an Order prohibiting the Government from showing any image obtained from the Government's computer in any state other than its native format.

The Court has ruled that the Government is permitted to introduce at trial the images obtained from Exhibit 3, the internal hard drive of the Government computer involved in the instant offense. There are 11 images that the Government intends to introduce at trial. These images have been viewed by the Defense. Each image was recovered from deleted files and exists as either a "thumbnail" image or a "banner". Unless the images were enlarged, it was almost impossible to ascertain what was depicted in some of the images without the benefit of a magnifying glass.

Forensic analysis of the computer shows that the images in question were not enlarged or manipulated by Dexter Smith. It is the Defense's position that this fact helps to establish that Mr. Smith lacked the requisite intent to possess/receive images of child pornography. Additionally, 3 of the images are incomplete and contain white borders. This is so, the Defense would assert,

1

because the viewer of the image tried to close it or delete it before the image came into full view. Again, this fact tends to establish that Dexter Smith lacked the intent to knowingly receive or possess child pornography.

Allowing the Government to display these images in a state larger than they actually appeared to Dexter Smith (or anyone who viewed them) would be prejudicial to the Defendant and would prevent the Defense from advancing its theory of defense. The images, as they were recovered, is the best evidence of what, if anything, Dexter Smith possessed. Therefore, the jury should view the images in the exact format as they were recovered from the government computer.

**WHEREFORE** for the foregoing reasons, Dexter Smith requests that this Court issue an Order prohibiting the Government from altering or enlarging any image it intends to introduce at trial and that the Government be ordered to introduce the images only in their native format.

Dated this 16th day of October 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

2

## CERTIFICATE OF SERVICE

I hereby certify that on October16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189