IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**DEFENDANT'S MOTION IN LIMINE
TO PROHIBIT THE GOVERNMENT FROM INTRODUCING
TESTIMONY REGARDING THE "HEATHER" SERIES OF IMAGES**

COMES NOW the Defendant, **DEXTER LAMOND SMITH**, by and through undersigned counsel, Jennifer A. Hart, and pursuant to *FRE* 401, 402 and 403, moves *in limine*, for an Order prohibiting the Government from presenting any testimony at trial regarding a series of known images of child pornography labeled by the National Center for Missing and Exploited Children (NCMEC) as "the Heather series."

At trial, the Government intends to introduce 11 images of purported child pornography. One of the images has been verified by NCMEC as belonging to a series of photographs entitled "the Heather series."[1] The child depicted in the photograph has been identified by law enforcement in Texas. Sergeant William Cawthorn of the Texas Rangers conducted a criminal investigation of a couple in Texas that revealed that the couple had taken pornographic images of the husband's daughters from a previously relationship. Some of the photos depict "Heather "wearing a dog collar and [] in obvious distress as she is being raped vaginally by a white male." The one image in this

---

[1] The original Indictment referenced 4 known series of child pornography as being involved in this case. The Government has now redacted the Indictment and omitted reference to any particular series of photographs.

case does not depict such "torture" of the child depicted in the photograph. The father of the child is now serving a 40 year prison term for Aggravated Assault.

Any testimony surrounding the "Heather" investigation is not relevant to the prosecution of Dexter Smith because there is no evidence that Mr. Smith ever saw such photos, none (other than the one already ruled admissible by the Court) was recovered from the computer in question, and the photo involved in this case does not depict the type of activity described by the law enforcement officer.

Not only are the details of the criminal investigation of the "Heather" series not probative of any fact at issue in this case, the description of what the child suffered at the hands of her father would be overly prejudicial to the Defendant. Therefore, Dexter Smith requests that any testimony relating to the "Heather" series be limited to the photograph in evidence and not to the case/prosecution against the father.

**WHEREFORE** for the foregoing reasons, Dexter Smith requests that this Court issue an Order limiting any testimony regarding the "Heather" series to the age and/or identification of the child depicted in the photograph introduced into evidence by the Government.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on October16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189