IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.  1:06cr091-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

## **ORDER**

Upon consideration of Defendant's Motion in Limine to Prohibit Government from Displaying Images in Other Than Their Native Form (Doc. #53) and Defendant's Motion in Limine to Prohibit the Government from Introducing Testimony Regarding the "Heather" Series (Doc. #54), it is hereby ORDERED that the United States shall show cause, if any there be, **on or before noon on Thursday, October 19, 2006** why the motions should not be granted.

DONE this 16 th day of October, 2006.

　　　　　　　　　　　　　　　　　　　　 /s/ W.Harold Albritton
　　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE