IN THE UNITES STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO: 1:06CR91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
IN LIMINE TO PROHIBIT THE GOVERNMENT FROM INTRODUCING
TESTIMONY REGARDING THE "HEATHER" SERIES OF IMAGES**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby makes this its *Response to Defendant's Motion in Limine to Prohibit the Government From Introducing Testimony Regarding the "Heather" Series* . In support thereof, the Government offers the following:

1. The Government does not intend to elicit testimony regarding the victim depicted in the subject photo "_b05[1].gif" wearing a dog collar or being raped, or any testimony about the prosecution of the defendant's father. Moreover, the Government does not intend to introduce the specific circumstances of the abuse of any victim depicted in this case.

2. The only evidence the Government intends to introduce with regard to "_b05[1].gif" is that the Forensic Examiner Erwin Risher received a notice from NCMEC that the subject photo depicts a known child, who was six years old at the time of the photograph. The defense has previously indicated that it does not contest the age of the "known" victims.

3. Because the Government does not intend to introduce the evidence that the defendant considers overly prejudicial, the Government requests that the defendant's motion be denied.

Respectfully submitted this 19t[h]  day of October, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ K. David Cooke, Jr.
        K. DAVID COOKE, JR.
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone: 334.223.7280
        FAX: 334.223.7135
        E-mail: david.cooke@usdoj.gov

## IN THE UNITES STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CR. NO: 1:06CR91-WHA** |
| | ) | |
| **DEXTER LAMOND SMITH** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq., and Michael Peterson, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/ K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    Telephone: 334.223.7280
    FAX: 334.223.7135
    E-mail: david.cooke@usdoj.gov