IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )   | |
| ) | |
| v. ) | Case No.: 1:06cr91-WHA |
| ) | |
| DEXTER LAMOND SMITH ) | |

### MOTION TO DISMISS DUE TO COMPOSITION OF THE JURY VENIRE

**COMES NOW** the Defendant, DEXTER LAMOND SMITH, by and through undersigned counsel, Michael J. Petersen, and moves this court to dismiss this Indictment due to improper composition of the Grand and Petit jury venires, and the underrepresentation of African-Americans on said venires.

Said compensation violates the Jury Selection and Service Act, 18 USC §1861 et seq, and the Defendant's Sixth and Fifth Amendments rights to trial by an impartial jury representing a fair cross section of the community and the guarantee of due process.

This Motion is supported by the attached Affidavit. Defendant requests that a hearing on this motion be conducted, if necessary, after the trial in this matter.

Dated this 23rd day of October 2006.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Cooke.

    Respectfully submitted,

    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M