IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

I, MICHAEL J. PETERSEN, state the following:

1. I am employed as an Assistant Federal Public Defender for the Middle District of Alabama.

2. On Friday October 20, 2006 at approximately 4:00 p.m., I received approximately 77 juror questionnaires submitted by the members of the jury venire in this case.

3. A review of these questionnaires indicates there is Constitutionally and statutorily improper disparity between the number of African-Americans over the age of 18 that live within the judicial circuit served by this Court and the number of African-Americans represented within the jury venire.

4. My initial research indicates that within the judicial district served by the United States District Court for the Middle District of Alabama, the percentage of African-Americans over the age of 18 is approximately 31%.

5. The jury venire in this case is composed of approximately 20% African Americans.

6. The approximate 11% under-representation of African Americans on the jury venire violates the Jury Selection and Service Act, 18 U.S.C. §1861 et seq, and the Defendant's Sixth and Fifth Amendments rights to trial by an impartial jury representing a fair cross section of the community and the guarantee of due process.

This 23rd day of October 2006.

_____
MICHAEL J. PETERSEN
AL BAR CODE ASB-5072-E48M

**State of Alabama**      }
**Montgomery County**  }

    Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, did personally appear Michael J. Petersen, who being known to me, or who was properly identified by me, and being first duly sworn, deposed and said that she has read the foregoing Affidavit, understands its contents and has signed the same voluntarily.

SWORN TO AND SUBSCRIBED BEFORE ME this 23rd day of October, 2006.

(Seal)

_____
Notary Public

My Commission Expires: 2-8-2008