IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | )   CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) |

### **ORDER**

This case is before the court on the Defendant's Motion in Limine to Prohibit Government from Displaying Images in Other Than Their Native Format (Doc. #53). The court has carefully considered this motion, and the Government's Response (Doc. #59), and has previously viewed the images in question.

It is the court's understanding that the Government will present no evidence that the Defendant, in fact, did enlarge the images in question, but merely testimony that the Defendant would have had the ability to do that. Accordingly, the court finds that the relevant evidence is the images themselves in the state in which they were recovered from the computer. The court further finds that, to the extent that an enlargement of the images might have any probative value at all, based on the mere possibility that the images could have been enlarged and the need to determine the age of the subject, any such value would be substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury (*F.R.E. 403*). The court will allow the jury to view only what is shown on the computer.

Therefore, it is ORDERED that the motion is GRANTED.

DONE this 23rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE