IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) |

### **ORDER**

This case is before the court on Defendant's Motion in Limine to Prohibit the Government from Introducing Testimony Regarding the "Heather" series of images (Doc. #54). The Government having represented in its Response (Doc. #60) that it does not intend to offer any of the evidence objected to in Defendant's motion, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 23rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE