IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) | |

## **ORDER**

This case is before the court on the Motion to Dismiss Due to Composition of the Jury Venire (Doc. #61).

The court notes the filing of this motion, and reserves ruling until after the trial of this case, if necessary.

DONE this 24th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE