IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**UNITED STATES' SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the following Jury Instructions be given to the jury in the above-styled case.

Respectfully submitted this the 25th day of October, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ K. David Cooke, Jr.
        K. DAVID COOKE, JR.
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr91-WHA |
| | ) | |
| DEXTER LAMOND SMITH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer A. Hart, Esq.

                                              Respectfully submitted,

                                              /s/K. David Cooke, Jr.
                                              K. DAVID COOKE, JR.
                                              One Court Square, Suite 201
                                              Montgomery, AL 36104
                                              Phone: (334) 223-7280
                                              FAX: (334) 223-7135
                                              E-mail: david.cooke@usdoj.gov

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 11

With regard to count 1 of the indictment, I charge you that the internet is an instrumentality of interstate commerce .

*U.S. v. Walters,* 2006 WL 1490136 (C.A.11 (Ala.)).
*United States v. Hornaday*, 392 F.3d 1306, 1311 (11th Cir. 2004).
*United States v. Pipkins*, 378 F.3d 1281, 1295 (11th Cir. 2004)
*United States v. Panfil*, 338 F.3d 1299, 1300 (11th Cir. 2003).

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 12

Eleventh Circuit Pattern Jury Instructions, Criminal

Special Instruction No. 6

**POSSESSION**

The law recognizes several kinds of possession. A person may have actual possession or constructive possession. A person may also have sole possession or joint possession.

A person who knowingly has direct physical control of something is then in actual possession of it.

A person who is not in actual possession, but who has both the power and the intention to later take control over something either alone or together with someone else, is in constructive possession of it.

If one person alone has possession of something, that possession is sole. If two or more persons share possession, such possession is joint.

Whenever the word "possession" has been used in the these instructions it includes constructive as well as actual possession, and also joint as well as sole possession.

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 13

**Possession**

In defining possession, you should be guided by its ordinary, everyday meaning.

Possession is defined as the holding or having something (material or immaterial) as one's own or in one's control.[1] Possession may also be defined as the power and ability to exercise dominion and control over something.[2]

---

[1] *US v. Tucker* 305 f.3d 1193, 1204 (10th cir 2002), quoting Oxford English Dictionary (2d ed.1989).

[2] *Tucker, supra,* following *United States v. Simpson,* 94 F.3d 1373, 1380 (10th Cir. 1996).