

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT, CLERK**  TELEPHONE (334) 954-3600
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

October 26, 2006

# NOTICE OF DEFICIENCY

**To:**   Attorney Jennifer Hart
         Federal Defenders Office

**From:** Wanda Stinson
         Deputy Clerk/Courtroom Deputy

**Case Style:** United States of America vs. Dexter Lamond Smith

**Case Number:** 1:06CR91-WHA

**Referenced Pleading:** Document(s) #49 Motion Defendant's Trial Brief filed on October 4, 2006 and #66 Motion Memorandum of Law in Support of Defendant's Motion to Exclude ANIME Video and Testimony.

The above-referenced pleadings were filed erroneously as motions rather than as briefs. The entries have been corrected by our office and the motions have been terminated from the Judge's pending motions list.

Should you have any questions or need any assistance, please do not hesitate to contact our help desk or me directly.