IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 1:06cr091-WHA |
| DEXTER LAMOND SMITH | ) |

### VERDICT FORM

We, the Jury, find the Defendant, Dexter Lamond Smith:

1. As to Count 1:
   - Guilty _____
   - or
   - Not Guilty __X__

2. As to Count 2:
   - Guilty _____
   - or
   - Not Guilty __X__

So Say We All.

_Debra S Thornton_
Foreperson

Dated: 10/31/06