# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 26, 2006 | AT: | 10:18 a.m. |
| DATE COMPLETED: | October 31, 2006 | AT: | 2:59 p.m. |

(Court Time: 17 hr 27 min)

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 1:06cr091-WHA
)
DEXTER LAMOND SMITH )

APPEARANCES:

**GOVERNMENT**

David Cooke
Verne Speirs

**DEFENDANT**

Kevin Butler (jury selection)
Jennifer Hart (trial)
Michael Petersen

## COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy

Daniel Harrell, Law Clerk

## JURORS

1. Jerrel Jones
2. Heather Veal
3. Tammy Hartwell
4. Janice Harvey
5. Debra Thornton
6. Robert Schueller
7. Mark Malone
8. Jacqueline Matthews
9. Charles Price
10. Rose Bufford
11. Alice Davenport
12. Tammy Sanders

## ALTERNATE JURORS

1. Dixie Hurley
2. William Younger

I hereby certify that Jurors 1-12 served in this case on October 24-26, 2006 and October 30-31, 2006. The two alternate jurors served in this case on October 24-26, 2006 and October 30-31, 2006.

_____
Courtroom Deputy

## COURTROOM PROCEEDINGS

**Jury Selection (10/24/06)**

| | |
|---|---|
| 10:18 a.m. | Court is in session.<br>Court gives welcoming remarks to jury venire.<br>Jury is sworn.<br>General jury qualification for multiple juries begins. |
| 11:27 a.m. | General jury qualification is completed. |
| 3:00 p.m. | Jury selection begins.<br>Jury selected.<br>Defendant makes a Batson Challenge as to Jurors #70, 98 and 77.<br>Court states Defendant has not made a prima facie case for the challenge but hears argument as to the Jurors and rules as follows:<br>    Juror #70 (Green) - denies<br>    Juror #98 (Fields) - denies<br>    Juror #77 (Lloyd) - denies.<br>Court releases remaining jurors.<br>Court gives instructions to jury.<br>Jury is excused until 9:00 on 10/25.<br>Bench conference (on the record) regarding a motion to be filed by the Defendant regarding ANIME video and testimony regarding video as untimely.<br>Court hears argument from both parties.<br>Court makes tentative ruling to allow Mr. Risher to testify to anything in his report but will not allow the video to be shown and limiting testimony of Risher as to any issues not disclosed in his report.<br>Court takes up additional housekeeping matters. |
| 5:56 p.m. | Court is in recess. |

**10/25/06**

| | |
|---|---|
| 8:45 a.m. - 9:02 a.m. | Hearing outside the presence of the jury.<br>Government discloses newly-discovered evidence.<br>Defendant opposes introduction of evidence.<br>Court will not allow evidence to be presented to the jury.<br>Court changes its tentative ruling of 10/24 as to the ANIME video and testimony regarding same and will not allow the video or testimony.<br>Court orally DENIES the Renewed Motion to Dismiss (Doc. #67). |
| 9:03 a.m. | Jury is brought in.<br>Court welcomes jury.<br>Jury is sworn.<br>Court gives general instructions to the jury.<br>Government gives opening statement (26.5 min).<br>Defendant gives opening statement (27 min).<br>Jury is excused until 10:30 a.m.<br>Government renews request to be allowed to include certain evidence as a result of Defendant's opening statement.<br>Court denies the request. |
| 10:18 a.m. - 10:32 a.m. | Court is in recess. |
| 10:32 a.m. - 11:56 a.m. | Government begins presentation of its case. |

| | |
|---|---|
| 11:56 a.m. - 1:00 p.m. | Court is in recess. |
| 1:00 p.m.- 1:50 p.m. | Testimony resumes. |
| 1:50 p.m. - 2:10 p.m. | Court is in recess. |
| 2:10 p.m. - 3:30 p.m. | Testimony resumes. |
| 3:30 p.m. - 3:40 p.m. | Court is in recess. |
| 3:40 p.m. - | Testimony resumes. |
| 4:15 p.m. - 4:20 p.m. | Side bar conference (on the record). |
| 4:20 p.m. | Testimony resumes. |
| 4:40 p.m. | Government rests. |
| 4:41 p.m. | Defendant orally moves for judgment of acquittal (outside presence of jury). Court states there is sufficient evidence to go to jury and orally DENIES the motion. |
| 4:47 p.m. | Jury returns to the courtroom. Jury is excused until 10/26 at 8:30 a.m. |
| 4:50 p.m. | Court is in recess. |

**10/26/06**

| | |
|---|---|
| 8:25 a.m. - 8:45 a.m. | Conference with attorneys (on the record) regarding the inability of Defendant's counsel (Jennifer Hart) to continue trial today for health reasons |
| | Defendant's counsel request a delay or in the alternative a mistrial due to the diminished capacity of Ms. Hart yesterday because of health reasons. |
| | Court states it would prefer delay to mistrial and Government agrees. |
| | Case will be continued until Monday when either Ms. Hart will be able to continue or substitute counsel will be able to continue for the Defendant. |
| 8:45 a.m. | Court is in session. |
| | Court begins without the presence of the jury in order to question Defendant about his agreement to continue the case until Monday. |
| | Defendant personally states his agreement to delay the trial until Monday. |
| | Jury Administrator advises the court that one juror (Davenport) is absent. |
| | Court advises counsel. |
| | Jury is brought in and advised that because of Defendant's counsel's health and the absence of the juror, the case will be continued until Monday, October 30, at 9:00 a.m. |
| 8:55 a.m. | Court is in recess. |

**10/30/06**

| | |
|---|---|
| 8:58 a.m. | Court is called to order. |
| | Court inquires of Ms. Hart if she is well enough and ready to continue. |
| | Ms. Hart states she is ready to continue. |
| | Jury is brought in. |
| | Defendant begins presentation of its case. |
| 10:04 a.m. - 10:10 a.m. | Side bar conference (on the record). |
| 10:10 a.m. - 10:25 a.m. | Testimony resumes. |

| | |
|---|---|
| 10:25 a.m. - 10:42 | Court is in recess. |
| 10:42 a.m. - 10:44 a.m. | Side bar conference (on the record). |
| 10:44 a.m. | Testimony continues. |
| 11:24 a.m. - 11:27 a.m. | Side bar conference (on the record). |
| 11:27 a.m. - 12:00 p.m. | Testimony continues. |
| 12:00 p.m. - 1:37 p.m. | Court is in recess. |
| **(12:00 p.m. - 12:20 p.m.** | Charge conference with attorneys - off the record.) |
| 1:37 p.m. | Court is in session. |
| | Court cautions U. S. Marshals to have defendant present in court on time. |
| | Jury is brought in. |
| | Testimony continues. |
| 2:15 p.m. - 2:20 p.m. | Side bar conference (on the record). |
| 2:20 p.m. | Testimony resumes. |
| 2:40 p.m. - 2:41 p.m. | Side bar conference (on the record). |
| 2:41 p.m. | Jury is excused from the courtroom. |
| | Court examines the Defendant as to his wish not to testify. |
| | Defendant states he does not wish to testify. |
| | Defendant orally renews and argues its Motion for Judgment of Acquittal. |
| | Court denies the motion. |
| 2:47 p.m. | Court is in recess. |
| 2:54 p.m. | Court is in session. |
| | Defendant rests. |
| | Government begins rebuttal testimony. |
| 3:00 p.m. - 3:15 p.m. | Side bar conference (on the record). |
| 3:15 p.m. | Testimony continues. |
| 3:19 p.m. - 3:21 p.m. | Side bar conference (on the record). Defendant moves for a continuance in order to inspect the computer hard drive. Court states Defendant has had ample time to do this before now and DENIES the motion. |
| | Government rests rebuttal testimony. |
| | Government begins closing argument (11 min) |
| | Defendant's closing argument. |
| 3:46 p.m. - 3:50 p.m. | Side bar conference (on the record) wherein Government makes an oral Motion to Strike. Court DENIES the motion. |
| 3:50 p.m. | Defendant's closing argument resumes (43 min). |
| | Government resumes closing argument (17.5 min). |
| | Court tells the jury he will bring them back tomorrow for jury instructions and deliberation. |
| | Jury is excused until 10/31 at 9:00 a.m. |
| 4:45 p.m. | Court is in recess. |

**10/31/06**

| | |
|---|---|
| 9:00 a.m. | Trial resumes. |
| | Court gives instructions to jury. |
| 9:27 a.m. - 9:29 a.m. | Side bar conference (on the record). Court states objections discussed in the charge conference will be put on the record after the jury is excused to begin deliberations. |
| 9:30 a.m. | Court announces alternate jurors. |
| | Court excuses jury to begin deliberations. |

|  |  |
|---|---|
|  | Court expresses appreciation to alternates and excuses them. |
|  | Court puts on the record the objections by the Defendant to the jury charges which were overruled during the charge conference. |
| 9:42 a.m. | Court is in recess. |
| 10:35 a.m. | Court is in session. |
|  | Jury has made a request to view the pictures in evidence. |
|  | Defendant waives Defendant being present. |
|  | Court decides Defendant should be present and is brought in. |
|  | Jury is brought in and allowed to view the pictures. |
|  | Jury is excused to continue deliberations. |
| 11:10 a.m. | Court is in recess. |
| 12:00 p.m. | Court is in session. |
|  | Court tells attorneys jury would like to break for lunch and that they questioned how long they could deliberate before saying they could not reach a verdict. |
|  | Jury is brought in. |
|  | Court instructs jury to take their time in deliberating and try to reach a verdict. |
|  | Jury is excused until 1:15 p.m. at which they are to resume deliberations. |
| 12:10 p.m. | Court is in recess. |
| 2:55 p.m. | Court is in session. |
|  | Jury is brought in and announces they have a verdict. |
|  | Court reads verdict - Defendant is adjudged not guilty on both counts. |
|  | Jury is excused with the thanks of the court. |
|  | Court states that a Judgment of Acquittal will be entered and bond discharged. |
|  | Defendant is returned to the custody of the U. S. Marshal for processing. |
| 2:59 p.m. | Court is adjourned. |