IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
vs.                               )        Cr. No. 1:06cr091-WHA
                                  )
DEXTER LAMOND SMITH               )

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|------------|-----------|
| Daniel Bateman | Erwin Risher |
| Tim Jones | Thomas Barrett |
| Ruth Pevear | Crystal Stokes |
| Korento Leverette | Daniel Carmichael |
| Erwin Risher | Jimmie Fischer |