AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

DEXTER LAMOND SMITH

**EXHIBIT LIST**

Case Number: 1:06cr091-WHA

| PRESIDING JUDGE<br>W. Harold Albritton | GOVERNMENT'S ATTORNEY<br>D. Cooke, V. Speirs | DEFENDANT'S ATTORNEY<br>J. Hart, M. Petersen |
|---|---|---|
| TRIAL DATE (S)<br>10/25-26, 10/30-31/2006 | COURT REPORTER<br>Risa Entrekin | COURTROOM DEPUTY<br>Elna Behrman |

| GVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 2 |  | 10/25/06 |  | X | Cookie List |
| 4 |  | 10/25/06 |  | X | Time Card Records for Leverette and Smith |
| 1 |  | 10/25/06 |  | X | Sworn Statement of Dexter Smith |
| 3 |  | 10/25/06 |  | X | CD report of Dr. Risher (11 pictures - _05, _b10, _b09, _bonner22, _Kosto, _b06, _2, _6, _13, _b06, _02) |
|  | 1 | 10/30/06 |  | X | E-Mail of 5/15/05 from Mark Winslow regarding malicious code |
|  | 2 | 10/30/06 |  | X | Final Report prepared by Agent Stokes dated 8/11/05 |
|  | 3 | 10/30/06 |  | X | Agent's Investigation Report dated 5/19/05 |
|  | 4 | 10/30/06 |  | X | Agent's Investigation Report dated 7/15/05 |
|  | 5 | 10/30/06 |  | X | Initial Investigation Report dated 5/19/05 |
|  | 6 | 10/30/06 |  |  | Agent's Investigation Report dated 8/10/05 |
| 5 |  | 10/30/06 |  | X | Memo dated 6/21/05 |
|  | 7-16 | 10/30/06 |  | X | Photographs of ALSE shop |

EXHIBITS MAINTAINED IN SEPARATE ENVELOPE WITH COURT FILE.

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages