AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT _____ALABAMA_____

UNITED STATES OF AMERICA

V.

**DEXTER LAMOND SMITH**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:    1:06cr091-WHA

The Defendant was found not guilty by a jury on October 31, 2006.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

November 1, 2006
Date